UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIA SCOTT and MARCUS SCOTT, | No. 2:24-cv-02137-TLN-SCR |
| Plaintiffs, | |
| v. | **ORDER** |
| TOM LEWIS, et al., | |
| Defendants. | |

Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 1, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2024, are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss (ECF No. 3) is GRANTED and this action is dismissed without prejudice and closed.

1

1       IT IS SO ORDERED.

2       Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE